WILLIAM A. BRADY, Appellant, *v.* BLACKETT-SAMPLE-HUMMERT, INC., et al., Respondents, Impleaded with Others.

Argued June 3, 1940; decided November 13, 1940.

*Walter J. Loria* and *S. E. Martinson* for appellant.

*Clifton Cooper, Edward S. Rogers, Leslie D. Taggart* and *Leon Lauterstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: SEARS, J.